No. 72–6286. Nelson v. Moore, Correctional Superintendent. C. A. 1st Cir. Certiorari denied.

No. 72–6316. Burbank v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 72–6365. Conklin v. Gasaway, Trustee. C. A. 8th Cir. Certiorari denied.

No. 72–6372. McLeod v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–6379. Saunders v. Slayton, Penitentiary Superintendent. C. A. 4th Cir. Certiorari denied.

No. 72–6401. Evans v. Johnson, Correctional Superintendent. C. A. 3d Cir. Certiorari denied.

No. 72–6455. Owens v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–6490. Montgomery v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6498. Jackson v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6507. Irons v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–6511. Woods v. United States. C. A. 4th Cir. Certiorari denied.

No. 72–6512. Judson v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–6524. Hanks v. United States. C. A. 10th Cir. Certiorari denied.